IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| ELISHA WILBOURN, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | CIVIL ACTION NO. |
| | : | 1:19-cv-04686-LMM |
| AXCESS STAFFING SERVICES, LLC, et al., | : | |
| | : | |
| Defendants. | : | |

## ORDER

This matter is before the Court on the Magistrate Judge's Report and Recommendation, Dkt. No. [138], in which the Magistrate Judge recommends dismissing the matter for failure to prosecute. Although Plaintiff is represented by counsel, no objections have been filed in response to the Magistrate Judge's Report and Recommendation. Therefore, pursuant to 28 U.S.C. § 636(b)(1) and Rule 72 of the Federal Rules of Civil Procedure, the Court has reviewed the Magistrate Judge's Report and Recommendation for clear error and finds none. Accordingly, the Court **ADOPTS** the Magistrate Judge's Report and Recommendation, Dkt. No. [138], as its opinion:

The matter is **DISMISSED WITH PREJUDICE** pursuant to Rule 41(b) of the Federal Rules of Civil Procedure and Rule 41.3(A)(2) of the Local Rules of this Court for failure to prosecute. The Clerk is **DIRECTED** to enter judgment in favor of Defendants and **CLOSE** the case.

**IT IS SO ORDERED** this 23rd day of February, 2022.

_____
**Leigh Martin May**
**United States District Judge**