UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| ELISHA WILBOURN, on behalf of herself and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>vs.<br><br>AXCESS STAFFING SERVICES, LLC, et al,<br><br>    Defendants. | CIVIL ACTION FILE<br><br>NO. 1:19-cv-4686-LMM |

## J U D G M E N T

This action having come before the Court, Honorable Leigh Martin May, United States District Judge, for consideration of the Magistrate Judge's Final Report and Recommendation, and the Court having adopted said recommendation, it is

**Ordered and Adjudged** that the action be **DISMISSED** without prejudice pursuant to Rule 41(b) of the Federal Rules of Civil Procedure and Rule 41.3(A)(2) of the Local Rules of this Court for failure to prosecute.

Dated at Atlanta, Georgia, this 24th day of February, 2022.

                  KEVIN P. WEIMER
                  CLERK OF COURT


           By: _s/ A. Coleman_____
               Ashley Coleman, Deputy Clerk

Prepared, Filed, and Entered
in the Clerk's Office
February 24, 2022
Kevin P. Weimer
Clerk of Court

By: _s/ A. Coleman_____
    Deputy Clerk